**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ARCEO, FREDERICO J. | § | Case No. 15-29990 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 09/01/2015 . The undersigned trustee was appointed on 09/01/2015 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $      9,505.00

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 7.59 |
| Bank service fees | 51.36 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]      $ | 9,446.05 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 04/26/2016 and the deadline for filing governmental claims was 04/26/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,700.50 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,700.50 , for a total compensation of $ 1,700.50 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 3.00 , for total expenses of $ 3.00 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/03/2016          By: /s/Elizabeth C Berg, Trustee
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1 - FREDERICO J. ARCEO
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1
Exhibit A

| Case No: | 15-29990 | DRC | Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C Berg, Trustee |
| --- | --- | --- | --- | --- | --- |
| Case Name: | ARCEO, FREDERICO J. | | | Date Filed (f) or Converted (c): | 09/01/15 (f) |
| | | | | 341(a) Meeting Date: | 09/28/15 |
| For Period Ending: | 06/03/16 | | | Claims Bar Date: | 04/26/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence<br>881 N. Elmwood Drive, Aurora, IL 60506 | 154,500.00 | 0.00 | | 0.00 | FA |
| 2. Financial Accounts<br>Checking Account - PNC Bank = $100<br>Savings Account - PNC Bank = $200 | 300.00 | 0.00 | | 0.00 | FA |
| 3. Household Goods<br>Three Bedroom Sets, Living Room Set, Dining Room Set, Washer, Dryer, Refrigerator, Dishwasher, 2 TV's (Co-owned with non-filing spouse) | 2,000.00 | 0.00 | | 0.00 | FA |
| 4. Wearing Apparel<br>Misc. Wearing Apparel | 300.00 | 0.00 | | 0.00 | FA |
| 5. Pension, Retirement, Profit Sharing<br>Pension through former employer | 50,000.00 | 0.00 | | 0.00 | FA |
| 6. Stocks & Interest in Businesses<br>50% Interest in Silva, Silva & Arceo, Inc. | Unknown | 0.00 | | 0.00 | FA |
| 7. Vehicles<br>06 GMC Envoy SUV (150k mileage, fair condition, co-owned with non-filing spouse) | 2,300.00 | 0.00 | | 0.00 | FA |
| 8. Office Equipment | 100.00 | 0.00 | | 0.00 | FA |

LFORM1    UST Form 101-7-TFR (5/1/2011) *(Page: 3)*    Ver: 19.06a

FORM 1 - FREDERICO J. ARCEO
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2
Exhibit A

| Case No: | 15-29990 | DRC | Judge: DONALD R. CASSLING | | Trustee Name: | Elizabeth C Berg, Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | ARCEO, FREDERICO J. | | | | Date Filed (f) or Converted (c): | 09/01/15 (f) |
| | | | | | 341(a) Meeting Date: | 09/28/15 |
| | | | | | Claims Bar Date: | 04/26/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Desktop Computer | | | | | |
| 9. Other Miscellaneous<br>Log Splitter | 200.00 | 0.00 | | 0.00 | FA |
| 10. Tax Refund (u)<br>Tax Refund Due to Debtor | 0.00 | 9,074.00 | | 9,505.00 | FA |

|  |  |  |  | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $209,700.00 | $9,074.00 | $9,505.00 | $0.00 |
|  |  |  |  | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

June 2, 2016: Trustee reviews claims and has prepared her Final Report. Trustee will submit TFR to UST for approval and disburse funds once approved.

January 26, 2016: Trustee intercepted and recovered intcome tax refund; Trustee investigated Debtor's interest in restaurant; determined restaurant of insufficient value to administer; will review claims when bar date passes on 4/26/16

Initial Projected Date of Final Report (TFR): 09/01/16     Current Projected Date of Final Report (TFR): 06/30/16

        /s/    Elizabeth C Berg, Trustee
_____    Date: 06/03/16

LFORM1   UST Form 101-7-TFR (5/1/2011) *(Page: 4)*                                                                            Ver: 19.06a

**FORM 1 - FREDERICO J. ARCEO**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3
Exhibit A

| | | |
|---|---|---|
| Case No: | 15-29990    DRC    Judge: DONALD R. CASSLING | Trustee Name:    Elizabeth C Berg, Trustee |
| Case Name: | ARCEO, FREDERICO J. | Date Filed (f) or Converted (c):    09/01/15 (f) |
| | | 341(a) Meeting Date:    09/28/15 |
| | | Claims Bar Date:    04/26/16 |

ELIZABETH C BERG, TRUSTEE

FORM 2 FREDERICO J. ARCEO

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 15-29990 -DRC | Trustee Name: | Elizabeth C Berg, Trustee |
|---|---|---|---|
| Case Name: | ARCEO, FREDERICO J. | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******6591 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4039 | | |
| For Period Ending: | 06/03/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/17/15 | 10 | UNITED STATES TREASURY KANSAS CITY, MO | TURNOVER OF TAX REFUND | 1224-000 | 9,505.00 | | 9,505.00 |
| 01/08/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 9,495.00 |
| 02/05/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 14.12 | 9,480.88 |
| 02/16/16 | 001001 | Adams-Levine 370 Lexington Avenue Suite 1101 Ne York NY 10017 | 2016 Bond Premium | 2300-000 | | 7.59 | 9,473.29 |
| 03/07/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 13.18 | 9,460.11 |
| 04/07/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 14.06 | 9,446.05 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 9,505.00 | 58.95 | 9,446.05 |
| Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| Subtotal | | 9,505.00 | 58.95 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 9,505.00 | 58.95 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - *******6591 | 9,505.00 | 58.95 | 9,446.05 |
| | 9,505.00 | 58.95 | 9,446.05 |

Page Subtotals 9,505.00 58.95

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

LFORM24

Ver: 19.06a

FORM 2 FREDERICO J. ARCEO

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit B

| | |
|---|---|
| Case No: | 15-29990 -DRC |
| Case Name: | ARCEO, FREDERICO J. |
| Taxpayer ID No: | *******4039 |
| For Period Ending: | 06/03/16 |

| | |
|---|---|
| Trustee Name: | Elizabeth C Berg, Trustee |
| Bank Name: | Associated Bank |
| Account Number / CD #: | *******6591 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | Page Subtotals | | 0.00 | 0.00 |

| Page 1 | | EXH. C - ARCEO<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: June 03, 2016 |

Case Number:    15-29990
Debtor Name:    ARCEO, FREDERICO J.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N. Clark Street #200<br>Chicago IL 60602 | Administrative | | $1,700.50 | $0.00 | $1,700.50 |
| 001<br>3110-00 | Baldi Berg, Ltd.<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | Administrative | | $1,289.50 | $0.00 | $1,289.50 |
| 001<br>2200-00 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N. Clark Street #200<br>Chicago IL 60602 | Administrative | | $3.00 | $0.00 | $3.00 |
| BOND<br>999<br>2300-00 | Adams-Levine<br>370 Lexington Avenue<br>Suite 1101<br>Ne York NY 10017 | Administrative | | $7.59 | $7.59 | $0.00 |
| 000001<br>070<br>7100-00 | American InfoSource LP as agent for<br>First Data Global Leasing<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Unsecured | | $675.51 | $0.00 | $675.51 |
| 000002<br>070<br>7100-00 | Fifth Third Bank<br>1830 East Paris S.E., MS #RSCB3E<br>Grand Rapids, MI 49546 | Unsecured | | $10,680.45 | $0.00 | $10,680.45 |
| 000003<br>070<br>7100-00 | Fifth Third Bank<br>1830 East Paris S.E., MS #RSCB3E<br>Grand Rapids, MI 49546 | Unsecured | | $17,157.25 | $0.00 | $17,157.25 |
| 000004<br>070<br>7100-00 | PNC BANK N.A.<br>PO BOX 94982<br>CLEVELAND OH 44101-0570 | Unsecured | | $58,802.30 | $0.00 | $58,802.30 |
| 000005<br>070<br>7100-00 | PNC BANK N.A.<br>PO BOX 94982<br>CLEVELAND OH 44101-0570 | Unsecured | | $10,200.73 | $0.00 | $10,200.73 |
| 000006<br>070<br>7100-00 | PNC BANK N.A.<br>PO BOX 94982<br>CLEVELAND OH 44101-0570 | Unsecured | | $6,180.89 | $0.00 | $6,180.89 |
| | Case Totals: | | | $106,697.72 | $7.59 | $106,690.13 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-29990
Case Name: ARCEO, FREDERICO J.
Trustee Name: Elizabeth C Berg, Trustee

Balance on hand $ 9,446.05

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C Berg, Trustee | $ 1,700.50 | $ 0.00 | $ 1,700.50 |
| Trustee Expenses: Elizabeth C Berg, Trustee | $ 3.00 | $ 0.00 | $ 3.00 |
| Attorney for Trustee Fees: Baldi Berg, Ltd. | $ 1,289.50 | $ 0.00 | $ 1,289.50 |
| Other: Adams-Levine | $ 7.59 | $ 7.59 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 2,993.00

Remaining Balance $ 6,453.05

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 103,697.13  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American InfoSource LP as agent for | $ 675.51 | $ 0.00 | $ 42.04 |
| 000002 | Fifth Third Bank | $ 10,680.45 | $ 0.00 | $ 664.64 |
| 000003 | Fifth Third Bank | $ 17,157.25 | $ 0.00 | $ 1,067.69 |
| 000004 | PNC BANK N.A. | $ 58,802.30 | $ 0.00 | $ 3,659.25 |
| 000005 | PNC BANK N.A. | $ 10,200.73 | $ 0.00 | $ 634.79 |
| 000006 | PNC BANK N.A. | $ 6,180.89 | $ 0.00 | $ 384.64 |

Total to be paid to timely general unsecured creditors      $          6,453.05

Remaining Balance      $          0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE