UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Frederico Arceo, | ) | Case No. 15-29990 |
| | ) | Honorable Donald R. Cassling |
| Debtor. | ) | (Geneva) |
| | ) | Hearing Date: August 5, 2016 |
| | ) | Hearing Time: 11:00 a.m. |

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION**

Name of Applicant:              Elizabeth C. Berg, Trustee

Authorized to Provide
Professional Services to:       Estate

Date of Order Authorizing
Employment:                     September 1, 2015

Period for Which
Compensation is sought:         October 2, 2015 to Close of Case

Amount of Fees sought:          $1,700.50

Amount of Expense
Reimbursement sought:           $ 3.00

This is an:    Interim Application __       Final Application  _X__

If this is <u>not</u> the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|
| | | | |

The aggregate amount of fees and expenses <u>paid</u> to the Applicant to date for services rendered and expenses incurred herein is: $0.00   .

Dated: July 5, 2016                              Elizabeth C. Berg, Trustee of the
                                                 Estate of Frederico Arceo, Debtor


                                                 By:/s/ Elizabeth C. Berg, Trustee

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | Chapter 7 | |
| ) | | |
| Frederico Arceo, ) | Case No. 15-29990 | |
| ) | Honorable Donald R. Cassling | |
| Debtor. ) | (Geneva) | |
| ) | Hearing Date: August 5, 2016 | |
| ) | Hearing Time: 11:00 a.m. | |

**Application for Allowance and Payment of Final Compensation
And Expense Reimbursement of Elizabeth C. Berg, as Trustee**

Elizabeth C. Berg, not personally but solely as trustee ("Trustee") of the estate ("Estate") of Frederico Arceo, ("Debtor"), pursuant to sections 326 and 330 of title 11, United States Code ("Code"), requests this Court to enter an order allowing and authorizing payment to Trustee of $1,700.50 as final compensation for services rendered as trustee in this case from October 2, 2015 through the close of this case and for reimbursement of actual expenses incurred in the amount of $3.00 during the same period. In support thereof, Trustee states as follows:

**Introduction**

1. On September 1, 2015 ("Petition Date"), the Debtor filed a voluntary petition for relief under chapter 7 of the Code.

2. Elizabeth C. Berg is the duly appointed, qualified and acting chapter 7 trustee in this case.

3. As of the commencement of this case, the Estate's asset of value was the Debtor's interest in an unscheduled Tax Refund due from the Internal Revenue Service.

4. The bar date for filing claims in this case was April 24, 2016.

**Prior Compensation**

5. This is the first and final application ("Application") for allowance of compensation and expense reimbursement filed by Trustee in this case.

6. Trustee has not previously received or been promised any payments for services rendered or to be rendered or expenses incurred in this case.

## Services Rendered by Trustee

7. Since her appointment in this case, Trustee has performed actual, necessary and valuable services on behalf of the Estate. Itemized billing statements describing the Trustee's services from the date of appointment through the close of the case are attached hereto as Exhibit A. The services rendered by Trustee since her appointment in this case include but are not limited to the following:

    A. Trustee reviewed and analyzed Debtor's Schedules of Assets and Liabilities; Debtor's Statement of Financial Affairs; and conducted an examination of the Debtor pursuant to Section 341 of the Code;

    B. Trustee analyzed the debtor's interest in a business and an unscheduled tax refund and potential recovery of such assets;

    C. Trustee invested and accounted for all funds received by the Estate and set up and maintained all bank accounts for the Estate;

    D. Trustee set up and maintained a computerized case management system for the Estate in order to efficiently keep track of records relating to the Estate's case history, assets, claims and banking activities;

    E. Trustee examined, analyzed and verified proofs of claim including the Debtor's ex-wife's claim filed against the Estate;

    F. Trustee otherwise administered this Estate and directed the allocation, liquidation and distribution of assets to creditors herein.

## Funds Collected and Disbursed by Trustee

8. Trustee has collected the sum of $9,446.05 on behalf of the Estate. Trustee has made $58.95 in disbursements in this case as of the date hereof.

9. Copies of the Successor Trustee's *Form I Individual Estate Property Record and Report and Form 2 Cash and Receipts Record* showing the disposition of the assets of this Estate are attached to hereto the Successor Trustee's Final Report, filed simultaneously herewith, as Exhibits A and B, respectively.

## Compensation Requested

10. During the period covered by this Application, Trustee spent 11.00 hours rendering services on behalf of this Estate with a value of $2,484.00. Trustee estimates that she will spend an additional three hours rendering services with a value of $675.00 to obtain approval of the final report, make a final distribution to creditors and prepare and file her final account.

11. The maximum compensation allowable to Trustee pursuant to section 326(a) of the Code, based upon the receipts and disbursements listed above is $1,700.50 as follows:

| | |
|---|---|
| 25% of the first $5,000.00 | $1,250.00 |
| 10% of the next $4,505.00 | $450.50 |
| Total allowable compensation | $1,700.50 |

12. Based upon the caliber of services rendered by the Trustee, Trustee requests allowance and payment of final compensation for her services rendered as trustee from the time of her appointment through the closing of this case in the amount of $1,700.50. This amount represents reasonable compensation for the services rendered by Trustee and is equal to the maximum compensation allowable as set forth in paragraph 11 above.

## Request for Reimbursement of Expenses

13. In connection with the services rendered herein, Trustee has incurred actual and necessary expenses in the amount of $3.00 for which she requests reimbursement. The expenses incurred were on account of the costs of service for the

3

Trustee's Notice of Final Hearing. An itemization of the actual expense is included within the billing statement attached hereto as Exhibit A.

14. After payment of the Estate's administrative claims, Trustee anticipates that there will be a distribution to general unsecured creditors.

15. An affidavit pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure, executed by Elizabeth C. Berg, as trustee, is attached hereto as Exhibit B.

16. Trustee requests that the compensation and expenses reimbursement requested herein be paid from the Estate funds in her possession.

### Status of the Case

17. The Trustee has liquidated or abandoned (or sought to abandon) all of the assets belonging to this Estate and the Trustee has completed her review and analysis of the claims filed against the Estate.

18. Trustee has completed and filed her Final Report simultaneously herewith.

WHEREFORE, Elizabeth C. Berg, as trustee of the Estate of Frederico Arceo, requests the entry of an order providing the following:

A. Allowing to Trustee final compensation in the amount of $1,700.50 for actual and necessary professional services rendered and to be rendered on behalf of this Estate from October 2, 2015 through the closing of this case;

B. Allowing Trustee reimbursement of expenses in the amount of $3.00 for actual and necessary expenses incurred;

      C.      Authorizing the Trustee to pay the amount awarded from the Estate funds held by the Trustee as part of her final distribution in this case;

      D.      For such other and further relief as this Court deems appropriate.

Dated: July 5, 2016           Elizabeth C. Berg, as trustee of the
                                    estate of Frederico Arceo, Debtor

                                  By:    /s/
                                          Elizabeth C. Berg

Elizabeth C. Berg
Baldi Berg, Ltd.
20 N. Clark St., Suite 200
Chicago, IL 60602
(312) 726-8150

5

**Trustee's Itemized Billing Statements**

**Exhibit A**

**Baldi Berg, Ltd.**
20 N. Clark Street
Suite 200
Chicago, IL 60602

Phone: (312) 726-8150
Fax:    (312) 470-6323

FEIN: 36-4352753

**Invoice submitted to:**

June 3, 2016
Invoice No:   02708

Elizabeth C. Berg, Trustee
Baldi Berg, Ltd.
20 N. Clark Street
Suite 200
Chicago, ILLINOIS 60602

**In Reference to:**   Arceo - Trustee Matters

*Professional Services*

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 10/02/2015 | JMM | Review MT's notes on 341 Meeting (.1), Input properties into TCMS (.3), Begin preparing Tax Refund Request to send to IRS (.3), Draft email to Trustee and JDL re: concerns with Tax Refund Request (.2), Edit Tax Refund request (.1), Draft email to Debtor's Counsel re: Tax Refund Request (.1) | 1.10 $185.00/ hr | $203.50 |
| 10/08/2015 | JMM | File Motion to Employ Attorneys and serve copy on Debtor (.1) | 0.00 $0.00/ hr | $0.00 |
| | | | 0.10 | No Charge |
| 10/12/2015 | ECB | TC with Ds counsel, J. Ramos, re case background and status of TR document request (.3) Memo to counsel re same (.1) | 0.40 $325.00/ hr | $130.00 |
| 11/12/2015 | ECB | Correspondence to Debtor's counsel regarding corporation's interest in building | 0.10 $325.00/ hr | $32.50 |
| 11/17/2015 | ECB | TC with Debtor's attorney Joe Ramos re status of document turnover and transactional history with pancake restaurants | 0.30 $325.00/ hr | $97.50 |

**Baldi Berg, Ltd**  6/03/2016

Arceo - Trustee Matters                                          Page    2

| Date | Initials | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 12/02/2015 | ECB | TC with debtor's counsel Joe Ramos re entry of discharge order and status of TR review of documents; Memo to file re same | 0.20<br>$325.00/ hr | $65.00 |
| 12/17/2015 | JMM | Request EIN from IRS (.1), Open new bank account in TCMS (.1), Deposit check into TCMS and allocate funds (.1), Prepare FedEx Label for shipping to bank (.1), Trip to FedEx to send check to bank (.1) | 0.50<br>$185.00/ hr | $92.50 |
| 1/08/2016 | JMM | Process December 2015 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$185.00/ hr | $37.00 |
| 1/13/2016 | ECB | Open and review Dec 15 bank statement | 0.10<br>$325.00/ hr | $32.50 |
| 1/21/2016 | RKP | Analyze estate tax matters and draft memo to Trustee | 0.10<br>$195.00/ hr | $19.50 |
| 1/28/2016 | ECB | Review transactional documents submitted by debtor regarding interests and value in (2) corporations owning local restaurants and compare with D's schedules (.5) TC to Ds counsel, Joseph Ramos, re: D's interest in businesses and trustee's valuations and intent to administer income tax refund (.1) | 0.60<br>$325.00/ hr | $195.00 |
| 2/08/2016 | ECB | Open and review Jan16 bank statement | 0.10<br>$325.00/ hr | $32.50 |
| 2/11/2016 | JMM | Process January 2016 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$185.00/ hr | $37.00 |
| 2/16/2016 | ECB | Review corres & invoice for from surety (.1) Prepare bond disbursement report and payment of invoice (.2) | 0.30<br>$325.00/ hr | $97.50 |
| 3/09/2016 | ECB | Open Feb16 Bank Statements and approve same | 0.10<br>$325.00/ hr | $32.50 |
| 3/10/2016 | JMM | Process February 2016 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$185.00/ hr | $37.00 |

**Baldi Berg, Ltd**                                                                6/03/2016

Arceo - Trustee Matters                                                      Page    3

| Date | Initials | Description | Hours / Rate | Charges |
|---|---|---|---|---|
| 4/08/2016 | ECB | Open, review and approve Mar 2016 bank statement | 0.10<br>$325.00/ hr | $32.50 |
| 4/12/2016 | JMM | Process March 2016 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$185.00/ hr | $37.00 |
| 5/09/2016 | ECB | Open, review and approve April 2016 bank statement | 0.10<br>$325.00/ hr | $32.50 |
| 5/10/2016 | JMM | Process April 2016 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$185.00/ hr | $37.00 |
| 6/02/2016 | ECB | Claims and docket review for case closing | 0.30<br>$325.00/ hr | $97.50 |
| 6/02/2016 | JMM | Review and analyze claims filed in case (.7), Update TCMS with updated information on claims (.2) | 0.90<br>$185.00/ hr | $166.50 |
| 6/02/2016 | JMM | Review case file for information needed to prepare TFR and related documents (.3), Converse with ECB re: investigation of D's business interests (.1), Draft Trustee Fee App (1.1); Prepare coversheet, proposed order and affidavit (.3), Prepare TFR (.8) and NFR (.4); Review and edit Trustee final report package (.3) | 3.30<br>$185.00/ hr | $610.50 |
| 6/03/2016 | ECB | Review , edit and approve TFR package | 0.50<br>$325.00/ hr | $162.50 |
| 6/03/2016 | JMM | Edit TFR with ECB's revisions (.3), Edit Trustee's Final Fee App with ECB's revisions (.6) | 0.90<br>$185.00/ hr | $166.50 |

Total Fees   $2,484.00

**Expenses**

Start Date   Description                                                Quantity         Charges

**Baldi Berg, Ltd**                                                        6/03/2016

Arceo - Trustee Matters                                              Page    4

---

| Date | Description | Qty | Amount |
|---|---|---|---|
| 6/03/2016 | Expenses related to the service of the Notice of Final Report which will be sent to creditors who filed claims in the case | 1.00 @ /each | $3.00 |

|   |   |
|---|---|
| Total Expenses | $3.00 |
| Total New Charges | $2,487.00 |
| Previous Balance | $0.00 |
| Balance Due | $2,487.00 |

### Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Elizabeth C Berg | 3.20 | $325.00 |
| Jason M Manola | 7.70 | $185.00 |
| Jason M Manola | 0.00 | $0.00 |
| Ricki K Podorovsky | 0.10 | $195.00 |
|  | 11.0 (handwritten) |  |

**Rule 2016 Affidavit**

**Exhibit B**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Frederico Arceo, | ) | Case No. 15-29990 |
| | ) | |
| Debtor. | ) | Hon. Donald R. Cassling |
| | ) | (Geneva) |

**Trustee's Affidavit Pursuant to Rule 2016**

State of Illinois )
County of Cook )

I, Elizabeth C. Berg, being first duly sworn upon oath, do depose and state as follows:

1. I am the duly appointed, qualified and acting trustee in this case and I have personal knowledge of the facts set forth herein.

2. I have read the Application for Allowance and Payment of Final Compensation of Elizabeth C. Berg as trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. I or my agents pursuant to my direction performed the services set forth and described in the Application.

3. I have not entered into any agreement with any other person or persons for the sharing of compensation to be received for services rendered in connection with this matter, except among the principals and associates of Baldi, Berg, Ltd., a law firm at which I was employed during the pendency of this case. I have not previously received payment of any compensation for services rendered incurred in connection with this case.

4. Further affiant sayeth naught.

_____
Elizabeth C. Berg

Subscribed and sworn to before me
on June 3rd, 2016

_____
Notary Public

"OFFICIAL SEAL"
Jason M Manola
Notary Public, State of Illinois
My Commission Expires 11/1/2019

**Exhibit B**