UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 15-29990 |
| Frederico Arceo, | ) | Hon. Donald R. Cassling |
| | ) | |
| | ) | Hearing Date: August 5, 2016 |
| Debtor. | ) | Hearing Time: 11:00 A.M. |

CERTIFICATE OF SERVICE

I, Elizabeth C. Berg, hereby certify that I caused a true and correct copy of the attached **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)**, to be served on the attached service list via first class mail with postage prepaid on July 5, 2016

/s/ Elizabeth C. Berg
Elizabeth C. Berg

Elizabeth C. Berg
Baldi Berg, Ltd.
20 N. Clark Street   Suite 200
Chicago, IL  60602
(312) 726-8150

**Service List**
**Case No. 15-29990**
**Frederico Arceo**

| | | |
|---|---|---|
| American InfoSource LP as agent for First Data Global Leasing<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Fifth Third Bank<br>1830 East Paris S.E., MS #RSCB3E<br>Grand Rapids, MI  49546 | PNC BANK, N.A.<br>PO BOX 94982<br>CLEVELAND OH 44101-0570 |