UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
ARCEO, FREDERICO J. §
§ Case No. 15-29990 DRC
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   Elizabeth C Berg, Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 154,500.00<br>(Without deducting any secured claims) | Assets Exempt: 55,200.00 |
| Total Distributions to Claimants: 6,453.05 | Claims Discharged<br>Without Payment: 97,244.08 |
| Total Expenses of Administration: 3,051.95 | |

   3) Total gross receipts of 9,505.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of 0.00 (see **Exhibit 2**), yielded net receipts of 9,505.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | NA | NA | NA | NA |
| PRIORITY CLAIMS CHAPTER 7 ADMIN. FEES AND CHARGES(from **Exhibit 4**) | NA | 3,051.95 | 3,051.95 | 3,051.95 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 103,697.13 | 103,697.13 | 6,453.05 |
| **TOTAL DISBURSEMENTS** | 0.00 | 106,749.08 | 106,749.08 | 9,505.00 |

4) This case was originally filed under chapter 7 on 09/01/2015. The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8.**The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated :   09/21/2016                    By :   /s/ Elizabeth C Berg
                                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4 (a)(2) applies.

**EXHIBITS TO
FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE 1 | AMOUNT RECEIVED |
|---|---|---|
| Tax Refund | 1224-000 | 9,505.00 |
| **TOTAL GROSS RECEIPTS** | | 9,505.00 |

1The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| NA | NA | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED** | | | NA | NA | NA | NA |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BALDI BERG | 3110-000 | 0.00 | 1,289.50 | 1,289.50 | 1,289.50 |
| Elizabeth C. Berg, Trustee | 2200-000 | 0.00 | 3.00 | 3.00 | 3.00 |
| Elizabeth C. Berg, Trustee | 2100-000 | 0.00 | 1,700.50 | 1,700.50 | 1,700.50 |
| ADAMS-LEVINE | 2300-000 | 0.00 | 7.59 | 7.59 | 7.59 |
| Associated Bank | 2600-000 | 0.00 | 51.36 | 51.36 | 51.36 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | 0.00 | 3,051.95 | 3,051.95 | 3,051.95 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN FEES AND CHARGES** | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NA | NA | NA | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | | | | |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | PNC BANK N.A. | 7100-000 | 0.00 | 6,180.89 | 6,180.89 | 384.64 |
| 000005 | PNC BANK N.A. | 7100-000 | 0.00 | 10,200.73 | 10,200.73 | 634.79 |
| 000004 | PNC BANK N.A. | 7100-000 | 0.00 | 58,802.30 | 58,802.30 | 3,659.25 |
| 000003 | FIFTH THIRD BANK | 7100-000 | 0.00 | 17,157.25 | 17,157.25 | 1,067.69 |
| 000002 | FIFTH THIRD BANK | 7100-000 | 0.00 | 10,680.45 | 10,680.45 | 664.64 |
| 000001 | AMERICAN INFOSOURCE LP AS | 7100-000 | 0.00 | 675.51 | 675.51 | 42.04 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 103,697.13 | 103,697.13 | 6,453.05 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: 15-29990 | Judge: Donald R. Cassling | Trustee Name: Elizabeth C Berg |
|---|---|---|
| Case Name: ARCEO, FREDERICO J. | | Date Filed (f) or Converted (c): 09/01/2015 (f) |
| | | 341(a) Meeting Date: 09/28/2015 |
| For Period Ending: 09/21/2016 | | Claims Bar Date: 04/26/2016 |

| | 1<br>Asset Description<br>(Scheduled and Unscheduled (u) Property) | 2<br>Petition/Unscheduled Values | 3<br>Est Net Value<br>(Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | 4<br>Property Formally Abandoned<br>OA=554(a) | 5<br>Sale/Funds Received by the Estate | 6<br>Asset Fully Administered (FA) / Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1. | Residence | 154,500.00 | 0.00 | | 0.00 | FA |
| 2. | Financial Accounts | 300.00 | 0.00 | | 0.00 | FA |
| 3. | Household Goods | 2,000.00 | 0.00 | | 0.00 | FA |
| 4. | Wearing Apparel | 300.00 | 0.00 | | 0.00 | FA |
| 5. | Pension, Retirement, Profit Sharing | 50,000.00 | 0.00 | | 0.00 | FA |
| 6. | Stocks & Interest in Businesses | Unknown | 0.00 | | 0.00 | FA |
| 7. | Vehicles | 2,300.00 | 0.00 | | 0.00 | FA |
| 8. | Office Equipment | 100.00 | 0.00 | | 0.00 | FA |
| 9. | Other Miscellaneous | 200.00 | 0.00 | | 0.00 | FA |
| 10. | Tax Refund (u) | 0.00 | 9,074.00 | | 9,505.00 | FA |
| | | | | | | **Gross Value of Remaining Assets** |
| **TOTALS (Excluding Unknown Values)** | | 209,700.00 | 9,074.00 | | 9,505.00 | 0.00 |

Re Prop. #1   881 N. Elmwood Drive, Aurora, IL 60506
Re Prop. #2   Checking Account - PNC Bank = $100;Savings Account - PNC Bank = $200
Re Prop. #3   Three Bedroom Sets, Living Room Set, Dining Room Set, Washer, Dryer, Refrigerator, Dishwasher, 2 TV's (Co-owned with non-filing spouse)
Re Prop. #4   Misc. Wearing Apparel
Re Prop. #5   Pension through former employer
Re Prop. #6   50% Interest in Silva, Silva & Arceo, Inc.
Re Prop. #7   06 GMC Envoy SUV (150k mileage, fair condition, co-owned with non-filing spouse)
Re Prop. #8   Desktop Computer
Re Prop. #9   Log Splitter
Re Prop. #10  Tax Refund Due to Debtor

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**7/5/16:  TFR submitted to UST and made final distribution to creditors on August 9, 2016.**

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 15-29990 | Judge: | Donald R. Cassling | Trustee Name: | Elizabeth C Berg |
| Case Name: | ARCEO, FREDERICO J. | | | Date Filed (f) or Converted (c): | 09/01/2015 (f) |
| | | | | 341(a) Meeting Date: | 09/28/2015 |
| For Period Ending: | 09/21/2016 | | | Claims Bar Date: | 04/26/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

June 2, 2016: Trustee reviews claims and has prepared her Final Report. Trustee will submit TFR to UST for approval and disburse funds once approved.

January 26, 2016: Trustee intercepted and recovered intcome tax refund
Trustee investigated Debtor's interest in restaurant
determined restaurant of insufficient value to administer
will review claims when bar date passes on 4/26/16

**Initial Projected Date of Final Report(TFR) :** 09/01/2016      **Current Projected Date of Final Report(TFR) :** 06/30/2016

**Trustee's Signature**    /s/Elizabeth C Berg         **Date:** 09/21/2016
                Elizabeth C Berg
                20 N. Clark St., Suite 200
                Chicago, IL 60602
                Phone : (312) 726-8150

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No:** 15-29990 | **Trustee Name:** Elizabeth C Berg |
| **Case Name:** ARCEO, FREDERICO J. | **Bank Name:** Associated Bank |
| | **Account Number/CD#:** ******6591 Checking Account |
| **Taxpayer ID No:** **-***4039 | **Blanket bond (per case limit):** 5,000,000.00 |
| **For Period Ending:** 9/21/2016 | **Separate bond (if applicable):** 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 12/17/2015 | [10] | UNITED STATES TREASURY | TURNOVER OF TAX REFUND | 1224-000 | 9,505.00 | | 9,505.00 |
| 01/08/2016 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 9,495.00 |
| 02/05/2016 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 14.12 | 9,480.88 |
| 02/16/2016 | 1001 | Adams-Levine<br>370 Lexington Avenue<br>Suite 1101<br>Ne York , NY 10017 | 2016 Bond Premium | 2300-000 | | 7.59 | 9,473.29 |
| 03/07/2016 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 13.18 | 9,460.11 |
| 04/07/2016 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 14.06 | 9,446.05 |
| 07/19/2016 | | Trustee Transfer to new account | Transfer of funds to Texas Capital Bank | 9999-000 | | 9,446.05 | 0.00 |

| | | |
|---|---|---|
| Page Subtotals | 9,505.00 | 9,505.00 |

| | | |
|---|---|---|
| **COLUMN TOTALS** | 9,505.00 | 9,505.00 |
| Less:Bank Transfer/CD's | 0.00 | 9,446.05 |
| **SUBTOTALS** | 9,505.00 | 58.95 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 9,505.00 | 58.95 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 15-29990 | Trustee Name: | Elizabeth C Berg |
| Case Name: | ARCEO, FREDERICO J. | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******5138 Checking Account |
| Taxpayer ID No: | **-***4039 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 9/21/2016 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/19/2016 | | Trustee Transfer to new account | Received transfer of funds from Associated Bank | 9999-000 | 9,446.05 | | 9,446.05 |
| 08/09/2016 | 5001 | Elizabeth Berg, Trustee<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | | 2100-000 | | 1,700.50 | 7,745.55 |
| 08/09/2016 | 5002 | Elizabeth Berg, Trustee<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | | 2200-000 | | 3.00 | 7,742.55 |
| 08/09/2016 | 5003 | BALDI BERG<br>20 N. Clark Street, Ste. 200<br>Chicago , IL 60602 | | 3110-000 | | 1,289.50 | 6,453.05 |
| 08/09/2016 | 5004 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>First Data Global Leasing<br>PO Box 248838<br>Oklahoma City , OK 73124-8838 | Disb of 6.22% to Claim #000001 | 7100-000 | | 42.04 | 6,411.01 |
| 08/09/2016 | 5005 | FIFTH THIRD BANK<br>1830 East Paris S.E., MS #RSCB3E<br>Grand Rapids , MI 49546 | Disb of 6.22% to Claim #000002 | 7100-000 | | 664.64 | 5,746.37 |
| 08/09/2016 | 5006 | FIFTH THIRD BANK<br>1830 East Paris S.E., MS #RSCB3E<br>Grand Rapids , MI 49546 | Disb of 6.22% to Claim #000003 | 7100-000 | | 1,067.69 | 4,678.68 |
| 08/09/2016 | 5007 | PNC BANK N.A.<br>PO BOX 94982<br>CLEVELAND , OH 44101-0570 | Disb of 6.22% to Claim #000004 | 7100-000 | | 3,659.25 | 1,019.43 |
| | | | | Page Subtotals | 9,446.05 | 8,426.62 | |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: 15-29990 | Trustee Name: | Elizabeth C Berg |
| Case Name: ARCEO, FREDERICO J. | Bank Name: | Texas Capital Bank |
| | Account Number/CD#: | ******5138 Checking Account |
| Taxpayer ID No: **-***4039 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: 9/21/2016 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 08/09/2016 | 5008 | PNC BANK N.A.<br>PO BOX 94982<br>CLEVELAND , OH 44101-0570 | Disb of 6.22% to Claim #000005 | 7100-000 | | 634.79 | 384.64 |
| 08/09/2016 | 5009 | PNC BANK N.A.<br>PO BOX 94982<br>CLEVELAND , OH 44101-0570 | Disb of 6.22% to Claim #000006 | 7100-000 | | 384.64 | 0.00 |

|  |  |  |
|---|---|---|
| Page Subtotals | 0.00 | 1,019.43 |
| **COLUMN TOTALS** | 9,446.05 | 9,446.05 |
| Less:Bank Transfer/CD's | 9,446.05 | 0.00 |
| **SUBTOTALS** | 0.00 | 9,446.05 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 0.00 | 9,446.05 |

| | | | |
|---|---|---|---|
| All Accounts Gross Receipts: | 9,505.00 | | |
| All Accounts Gross Disbursements: | 9,505.00 | | |
| All Accounts Net: | 0.00 | | |

| TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| ******6591 Checking Account | 9,505.00 | 58.95 | |
| ******5138 Checking Account | 0.00 | 9,446.05 | |
| **NetTotals** | 9,505.00 | 9,505.00 | 0.00 |